UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIGUEL A. CISNEROS,

    Petitioner,

v.

TRENT ALLEN,

    Respondent.

Case No. 24-cv-00822-HSG

**JUDGMENT**

The Court has DISMISSED the petition for a writ of habeas corpus and DENIED a certificate of appealability. The Clerk is directed to enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 6/17/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge