UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL A. CISNEROS,<br><br>    Petitioner,<br><br>v.<br><br>TRENT ALLEN,<br><br>    Respondent. | Case No. 24-cv-00822-HSG<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>Re: Dkt. No. 13 |

Petitioner filed this petition for a writ of habeas corpus, challenging his conviction from San Mateo County Superior Court. On June 17, 2024, the Court dismissed this action as duplicative of both C No. 20-cv-07861 HSG and C No. 22-cv-2961 HSG; denied a certificate of appealability, and entered judgment in favor of Respondent. Dkt. Nos. 8, 9. Now pending before the Court is Plaintiff's pleading titled "Notice of Appeal and Request for Certificate of Appealability." Dkt. No. 13. The request for a certificate of appealability is DENIED for the reasons set forth in the Court's June 17, 2024 Order that denied a certificate of appealability. Dkt. No. 8. Petitioner also requests an extension of time, presumably to file a motion for reconsideration. Dkt. No. 13 at 4-6. The request for an extension of time is DENIED for the same reasons set forth in the Court's August 1, 2024 Order denying Petitioner's earlier requests for an extension of time to file a motion for reconsideration. This case remains closed.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated:   11/7/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge